# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWRENCE R. ROUBEN, M.D.** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:09CV736-HSO-JMR |
| | § | |
| **PARKVIEW HOSPITAL, INC.,** | § | |
| **GREG JOHNSON, D.O. AND JOHN** | § | |
| **DOES 1-10** | § | **DEFENDANTS** |

## FINAL JUDGMENT

BEFORE THE COURT are Defendants' Motions to Dismiss [17] Pursuant to Rule 12(b)(2), filed on April 12, 2010, or in the Alternative, for Change of Venue [20], filed on April 13, 2010, in the above-captioned cause. The Court, after a full review and consideration of Defendants' Motion to Dismiss [17], the related pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this cause be, and hereby is, **DISMISSED WITHOUT PREJUDICE**, pursuant to FED. R. CIV. P. 12(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that the alternative Motion for Change of Venue [20] is **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED**, this the 13th day of September, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE